UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
**OSCAR PEREZ**  
XXX-XX-8837  
**Debtor**  
_____/

CASE NO.: 12-15658-BKC- AJC  
CHAPTER 13

## MOTION TO REINSTATE CHAPTER 13 CASE

**COMES NOW**, Debtor, Oscar Perez, by and through the undersigned counsel and files this Motion to Reinstate Chapter 13 Case and states as follows:

1. That this case was dismissed on August 27, 2015.

2. That this case was dismissed because the debtor was not current with the post-petition payments to the trustee.

3. That simultaneously with the filing of this motion, a Motion to Modify Confirmed Chapter 13 Plan is being filed. Moreover, the proposed First Modified Plan makes the debtor current as of October, 2015.

4. That the undersigned counsel is holding funds in the amount of $7,103.38 that makes the debtor current and shows the debtor's good faith. **(Exhibit "A").**

**WHEREFORE**, Debtor, Oscar Perez, respectfully requests to this court that this Motion to Reinstate Chapter 13 Case be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

\_\_/s/ (FILED ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

Exhibit "A"



Bank of America

Cashier's Check

No. 1178503774

00-53-3364B  11-2010

LITTLE HAVANA
0018  0006106  0083

Pay

To The
Order Of   NANCY K. NEIDICH, TRUSTEE
           CASE #12-15658-BKC-AJC

Remitter (Purchased By): OSCAR P INC

Bank of America N.A.
SAN ANTONIO, TX

BANK OF AMERICA  SEVEN *1*0*3*8* CTS CTS

Void After 90 Days

Date 11/06/15 02:21:39 PM

30371140    NTX

****$7,103.38

AUTHORIZED SIGNATURE

⑈117850377⑈  ⑆114000019⑇ 0018410014973⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.