UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
OSCAR PEREZ  
XXX-XX-8837  
    Debtor  
_____/

CASE NO.: 12-15658-BKC- AJC  
CHAPTER 13

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**COMES NOW**, Debtor, Oscar Perez, by and through the undersigned counsel and files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. That this case was dismissed on or about August 27, 2015.

2. That the case was dismissed because the debtor was not current with post-petition payments.

3. That simultaneously with the filing of this motion, a Motion to Reinstate Case has been filed.

4. That the debtor wishes to modify the plan in order to become current with the Chapter 13 Plan payments.

5. That the proposed First Modified Plan makes the debtor current as of October, 2015. Furthermore, the undersigned counsel is holding funds in the amount of $7,103.38. **(Exhibit "A").**

**WHEREFORE**, Debtor, Oscar Perez, respectfully requests that this Motion to Modify Confirmed Chapter 13 Plan be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,  
**Law Offices of Patrick L Cordero, Esq.**  
Attorney for Debtor(s).  
198 NW 37th Avenue  
Miami, Florida 33125  
Tel: (305) 445-4855

/s/ (FILED ECF)  
PATRICK L. CORDERO, ESQ.  
FL Bar No. 801992

Exhibit "A"

**Bank of America**

Cashier's Check

No. 117850377

00-53-3364B 11-2010

Notice to Purchaser: In the event that this check is lost, misplaced, or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

LITTLE HAVANA
0018    0006106    0083

Pay

To The Order Of: NANCY K NEIDIGH, TRUSTEE
CASE #12-15658-BKC-AJC

Remitter (Purchased By): OSCAR PINC

Bank of America, N.A.
SAN ANTONIO, TX

BANK OF AMERICA
SEVEN ONE ZERO THREE CTS CTS

Void After 90 Days

30-1/1140
NTX

Date 11/06/15 02:21:39 PM

****$7,103.38

AUTHORIZED SIGNATURE

⑈117850377⑈ ⑆114000019⑆ 0016410019731⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS