UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 12-15658-BKC- AJC
OSCAR PEREZ  CHAPTER 13
XXX-XX-8837
    Debtor
_____/

## SUPPLEMENTAL FEE DISCLOSURE

COMES NOW, Patrick L. Cordero, attorney for the Debtor(s), and files this Supplemental Fee Disclosure and states as follows:

1. That the Debtor(s) has requested and believes that the following services, which are not contemplated by the original fee agreement between the Debtor(s) and the attorney for the Debtor(s), are reasonable and necessary: ***Motion to Modify Chapter 13 Plan and Motion to Reinstate Chapter 13 Case.***

2. That for these services, counsel for the Debtor(s), Patrick L. Cordero, P.A., has received a fee of $ 1,000.00 + $50.00 Cost.

3. That Patrick L. Cordero, P.A. has not agreed to share the above-disclosed compensation with person(s) who are not members or associates of Patrick L. Cordero, P.A.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic transmission to the Clerk of the Bankruptcy Court, 51 SW 1st Avenue, Room 1517, Miami, FL 33130 and Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 on November 13, 2015.

Respectfully submitted,
**Law Offices of Patrick L. Cordero, P.A.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

         /s/  Filed ECF          
PATRICK L. CORDERO, ESQ.
FL BAR NO. 801992